UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ANTONIO CASTRO-SANCHEZ,<br>Petitioner,<br>v.<br>J. JOHNSON, WARDEN ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | Case No. 5:26-cv-04930-FLA (PD)<br>**ORDER ACCEPTING AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [DKT. 8]** |

Pursuant to 28 U.S.C. § 636, the court has reviewed and considered Petitioner Sergio Antonio Castro-Sanchez's ("Petitioner," A# 246-146-774) Petition for Writ of Habeas Corpus ("Petition," Dkt. 1), the Report and Recommendation of United States Magistrate Judge ("Report," Dkt. 8), and all relevant portions of the record. In light of Respondents' failure to file a notice of appearance by counsel and Answer to the Petition, pursuant to the deadlines set forth in General Order 26-05 (*see* Dkt. 5 at 1–2, 5), the court CONCURS with, ACCEPTS, and ADOPTS the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

The court, therefore, GRANTS in part the Petition and ORDERS as follows:

1) A writ of habeas corpus shall issue pursuant to Petitioner's Fifth Amendment procedural due process claim. Petitioner's remaining claims are DENIED as moot;
2) Respondents shall release Petitioner Sergio Antonio Castro-Sanchez (A# 246-146-774) from custody immediately, under the same conditions as he was released prior to his arrest on June 23, 2026, and re-detention;
3) Respondents shall return all property to Petitioner that was confiscated from him when he was arrested and processed into detention;
4) Respondents shall file a statement with the court within seven (7) days of the docketing of this Order, attesting to Respondents' compliance with this Order; and
5) Petitioner's Motion for Appointment of Counsel (Dkt. 2) is DENIED as moot.

IT IS SO ORDERED.

Dated: September 11, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge