JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SERGIO ANTONIO CASTRO-SANCHEZ,

Petitioner,

v.

J. JOHNSON, WARDEN ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. 5:26-cv-04930-FLA (PD)

**JUDGMENT**

Pursuant to the Order Accepting and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge, the court ENTERS Judgment in Petitioner Sergio Antonio Castro-Sanchez's (A# 246-146-774) favor and against Respondents on the Petition for Writ of Habeas Corpus (Dkt. 1).

IT IS SO ORDERED and ADJUDGED.

Dated: September 11, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge